# Third District Court of Appeal

## State of Florida

Opinion filed June 29, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1325
Lower Tribunal No. 14-11404
_____

**Miguel A. Roye Rondon,**
Appellant,

vs.

**Ernesto Enrique Garcia,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Carlos Lopez, Judge.

Anthony Carbone, P.A., and Anthony P. Carbone, for appellant.

Gastesi Lopez & Mestre PLLC, and Raul R. Lopez, for appellee.

Before HENDON, MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed.